969 A.2d 1177

**David & Cheryl BEIL, Petitioners**

v.

**TELESIS CONSTRUCTION, INC., Lafayette College, Irwin and Leighton, Inc. and Masonry Preservation Servies, Inc., Respondents.**

Supreme Court of Pennsylvania.

April 1, 2009.

***ORDER***

PER CURIAM.

**AND NOW,** this 1st day of April, 2009, the Petition for Allowance of Appeal is **GRANTED** as to the following issues:

1. Did the Superior Court misapply *Farabaugh v. Pennsylvania Turnpike Commission,* 590 Pa. 46, 911 A.2d 1264 (2006)?

2. Did the Superior Court improperly fail to view the evidence in the light most favorable to Petitioners, as verdict-winners?

3. Did the Superior Court misapply both Section 414 of the Restatement (Second) of Torts (1965) and this Court's opinion in *Byrd v. Merwin,* 456 Pa. 516, 317 A.2d 280 (1974)?